In the Matter of GOLDEN CITY PARK CORPORATION, Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

Argued October 29, 1942; decided December 3, 1942.

*William B. Roulstone* and *Adam Frank* for appellant.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero, Paxton Blair* and *Rose Schneph* of counsel), for respondents.

Order affirmed, with costs. There is evidence sufficient to support the findings that the structure in question was not an " amusement device " within the meaning of the Administrative Code. We pass upon no other question. No opinion.

Concur: LEHMAN, Ch. J. LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.